**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1523**

In re:  GWENDOLYN DIANNE WILKES,

Petitioner.

On Petition for Writ of Mandamus. (1:19-cv-00699-LCB-LPA)

Submitted:  September 24, 2020                    Decided:  October 8, 2020

Before KING, NIEMEYER, and RICHARDSON, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Gwendolyn Dianne Wilkes,  Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gwendolyn Dianne Wilkes petitions for a writ of mandamus seeking an order requiring prosecution of numerous third parties, removal of officials from public office, injunctions preventing further violations of the law, and damages. We conclude that Wilkes is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. *Murphy-Brown*, 907 F.3d at 795. This court does not have jurisdiction to grant mandamus relief against state officials, *Gurley v. Superior Ct. of Mecklenburg Cnty.*, 411 F.2d 586, 587 (4th Cir. 1969), and does not have jurisdiction to review final state court orders, *D.C. Ct. of Appeals v. Feldman*, 460 U.S. 462, 482 (1983).

The relief sought by Wilkes is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2